UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-20232-CR-MARTINEZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR MEZA,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Hector Meza's Motion To Suppress Statement **(D.E.#40)**, filed on May 28, 2008.

**THE MATTER** was referred to United States Magistrate Judge Stephen T. Brown, and accordingly, the Magistrate Judge conducted an evidentiary hearing on June 18, 2008. A Report and Recommendation was filed on June 20, 2008, recommending that defendant's Motion to Suppress Statement be **Denied.**

The parties were afforded the opportunity to serve and file written objections within ten (10) days upon receipt of the Magistrate's Report and Recommendation, and record reveals that objections were filed by the Defendant and noted by this Court. After a *de novo* review of the record and Magistrate Brown's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Stephen T. Brown's Report and Recommendation of June 20, 2008 is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___8___ day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Brown
All Counsel Of Record